No opinion. Order filed. Concur—Lippman, P.J., Tom, Acosta, DeGrasse and Freedman, JJ.

■ In the Matter of MARRICKA SCOTT-MCFADDEN, Appellant, v BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent, and VERENA C. POWELL, Respondent. [863 NYS2d 386]—Judgment, Supreme Court, Bronx County (Robert G. Seewald, J.), entered on or about August 15, 2008, unanimously affirmed for the reasons stated by Seewald, J., without costs or disbursements.

No opinion. Order filed. Concur—Lippman, P.J., Tom, Acosta, DeGrasse and Freedman, JJ.

■ In the Matter of NELSON CASTRO et al., Appellants, v NEW YORK CITY BOARD OF ELECTIONS et al., Respondents, and HECTOR RAMIREZ, Intervenor-Respondent. [863 NYS2d 386]—Judgment, Supreme Court, Bronx County (Robert G. Seewald, J.), entered on or about August 15, 2008, unanimously affirmed for the reasons stated by Seewald, J., without costs or disbursements.

No opinion. Order filed. Concur—Lippman, P.J., Tom, Acosta, DeGrasse and Freedman, JJ.

■ In the Matter of MAJORIE RITZER, Appellant, v PEDRO ESPADA, JR., Respondent, et al., Respondents. [863 NYS2d 386]—Judgment, Supreme Court, Bronx County (Robert G. Seewald, J.), entered on or about August 15, 2008, unanimously affirmed for the reasons stated by Seewald, J., without costs or disbursements.

No opinion. Order filed. Concur—Lippman, P.J., Tom, Acosta, DeGrasse and Freedman, JJ.

(August 26, 2008)

■ TRINITY ASSOCIATES, INC., Respondent, v TELESECTOR RESOURCES GROUP, INC., Doing Business as VERIZON SERVICES GROUP, INC., Appellant. [863 NYS2d 186]—

Judgment, Supreme Court, New York County (Richard B. Lowe, III, J.), entered May 24, 2007, awarding plaintiff the principal sum of $1,251,895, and bringing up for review an order, same court and Justice, entered May 10, 2007, to the extent it denied in part defendant's motion to set aside the jury's verdict, affirmed, with costs. Appeal from the order dismissed, without costs, as subsumed in the appeal from the judgment.

Defendant contends that as a matter of law, it was permitted